

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

| | | |
|---|---|---|
| *Robert Frazer* | *970 Broad Street, Suite 700* | main: (973) 645-2700 |
| *United States Attorney* | *Newark, NJ 07102* | direct: (973) 645-2813 |
| | *david.inkeles@usdoj.gov* | fax:   (973) 297-2010 |

*David Inkeles*
Assistant U.S. Attorney
*Acting Deputy Chief, Civil Division*

May 26, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:    ***Veras-Payano v. Blanche, et al.*, No. 26-4294 (MCA)**
> **Status Update: Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action.  We respectfully write pursuant to the Court's text order entered earlier today, ordering Petitioner's immediate release within 24 hours unless Respondents file a letter distinguishing this matter from the Court's prior decisions interpreting 8 U.S.C. §§ 1225(b)(1) and 1225(b)(2).  *See* ECF No. 4.  U.S. Immigration and Customs Enforcement has informed this Office that Petitioner was released at approximately 2:40 p.m. today, under the same conditions that existed at the time Petitioner was arrested and with all property and funds.  As a result, Respondents respectfully request that the Court close this case.  We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ David Inkeles*
DAVID INKELES
Assistant United States Attorney
Acting Deputy Chief, Civil Division
*Attorneys for Respondents*

cc:    Counsel of Record (by ECF)

Case shall be closed.
SO ORDERED

    *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:   7/27/26